50 A.3d 37

IN THE MATTER OF JOHN L. BLUNT, AN ATTORNEY
AT LAW (ATTORNEY NO. 026671988).

September 6, 2012.

## ORDER

The Disciplinary Review Board having Tiled with the Court its decision in DRB 11–182, concluding that the formal ethics complaint filed against **JOHN L. BLUNT** of **HACKENSACK,** who was admitted to the bar of this State in 1988, should be dismissed for lack of clear and convincing evidence of unethical conduct, and good cause appearing;

It is ORDERED that the formal complaint filed against **JOHN L. BLUNT** in District Docket No. IIB–2010–0043E, is hereby dismissed.